UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


IRVING NARDOLILLO

       v.                                      CA 13-337 ML

BERKSHIRE PLACE, LTD., et al.


## MEMORANDUM AND ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Sullivan on May 14, 2013. I have reviewed the Report and Recommendation and adopt the recommendation to dismiss the Complaint. The Complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
June 5, 2013